# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**STACY BRISCOE**                                                                                          **PLAINTIFF**

**v.**                                   **Case No. 3:25-CV-00086-LPR**

**DOES**                                                                                                      **DEFENDANTS**

## ORDER

Plaintiff Stacy Briscoe filed this action *pro se* without paying the $405.00 filing fee or submitting an Application to Proceed Without Prepayment of Fees and Affidavit.[1] On May 21, 2025, the Court entered an Order directing Plaintiff to, within 45 days, either pay the filing fee or file a complete application to proceed *in forma pauperis*.[2] The Court warned Plaintiff that failure to comply with the Order would result in the dismissal of Plaintiff's Complaint without prejudice.[3] Plaintiff has not complied with, or otherwise responded to, the Court's May 21st Order, and the time for doing so has expired. Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 22nd day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id*.co