IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STACY BRISCOE**                                                                                **PLAINTIFF**

**v.**                                       **Case No. 3:25-CV-00086-LPR**

**DOES**                                                                                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 22nd day of August 2025.

                                                                           _____
                                                                           LEE P. RUDOFSKY
                                                                           UNITED STATES DISTRICT JUDGE